# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

MATTHEW CHILDERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0949

_____

May 22, 2024

Appeal from the Circuit Court for Manatee County; Stephen Matthew Whyte, Judge.

Howard L. Dimmig, II, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.


KHOUZAM, MORRIS, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.